

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-01068-CV

Kenneth **THOMAS**,
Appellant

v.

**ASCENT AT MEDICAL**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2023CV05272
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Liza A. Rodriguez, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: May 1, 2024

DISMISSED

The trial court signed a final judgment on October 27, 2023. Because appellant did not file a motion for new trial, motion to modify the judgment, motion for reinstatement, or request for findings of fact and conclusions of law, the notice of appeal was due to be filed on November 27, 2023. *See* TEX. R. APP. P. 26.1(a). A motion for extension of time to file the notice of appeal was due on December 12, 2023. *See* TEX. R. APP. P. 26.3. Although appellant filed a notice of appeal within the fifteen-day grace period allowed by Rule 26.3, he did not file a motion for extension of time.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Texas Rule of Appellate Procedure 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

On March 8, 2024, we ordered appellant to file, on or before March 25, 2024, a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. We explained that if appellant failed to respond within the time provided, this appeal would be dismissed. *See* TEX. R. APP. P. 42.3(c). Appellant has failed to timely respond to our order. Therefore, this appeal is dismissed.

PER CURIAM